711 A.2d 899

IN THE MATTER OF GARRY E. FOX, AN ATTORNEY AT LAW.

June 30, 1998.

## ORDER

The Disciplinary Review Board on June 4, 1998, having filed with the Court its decision concluding that **GARY E. FOX** of **OCEAN**, who was admitted to the bar of this State in 1975, should be reprimanded for violating RPC 1.1(a) (gross neglect) and (b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate) and *RPC* 1.16 (failure to protect client's interest on termination and to surrender papers and property of client), and good cause appearing;

It is ORDERED that **GARY E. FOX** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.